September 14, 2015

To Whom it May Concern:

I met Nick Dickerson when his parents rented a Duplex from me about 5 years ago. He is a very intelligent young man and has always been very mannerly and respectful to everyone he encounters. When I realized he and his Dad did remodeling I asked them to do some work for me in the couple of duplexes I owned. I found them to be very knowledge and efficient in all aspects of building and remodeling. Nick has laid carpet, done some electrical, plumbing, painting for me.

He later rented a duplex from my Mom and always paid his rent on time and when he moved after a year completely cleaned and painted it before moving out. I know he has been a good father to his two daughters and has taught them to respect their elders as he has done. He has helped his parents out a lot as they both have had health issues.

If you have any questions for me I would be glad to answer them. My number is 417-880-7951

Sincerely,

*Carla Gardner*

Carla Gardner

EXHIBIT

A