EXHIBIT B

My brother Nick Dickerson was always a kind hearted trusting brother, father, and friend. No one person can set out to tell you that he was perfect because no one person is. Nick was someone you could ask to help you, and he would. He helped alot of people. He had done alot to get above the average job that our family tends to have. Nick is a very hard worker and thinks of others before himself. To be honest I feel that I had failed him as a brother. Nick was always happy having a family and friends that he loved & cared for. He needed me to listen to him as much as I needed him. but It seems he always helped me. The Events that had happened was not the real Nick. I still now can not believe that this had happened. He's marriage was in a really bad state, Things were going on at his house that was tearing him down piece by piece. My brother that I knew did not do this or any act like this. I Truely believe that he was pushed and kicked and

beaten down mentally from the woman he loved, that it broke him so bad that wasn't truely Nick anymore. Knowing Nick growing up and watching him enjoy life, well he loved everyone else more than himself and thought nothing could ever hurt him. Everything I say or write about Nick is not a stretch of the truth. I can be on a voice stress test and be asked about my brother and his character. I would pass to all that I have said to who he is as a person and as a brother, father, and friend.

To be even further honest about the events that took place, I think he was pushed (forced) in what had happened. The Nick I know couldn't have done anything like this without being made to do so.

I love my brother Nick and a very good man has lost everything. Makes me wonder how much more can he take in life, I believe the real Nick is disgusted, unforgiving, and hating what has happened.

Nick, well I will still love him and forgive the real Nick. And hope that he can get the help he needed before it was too late. I know The Real Nick is still in the soul and heart of my brother. I hope he can forgive himself and forgive me.

I forgive my brother and will be here for him.

*Christopher M Dickerson*