8/9/15

To whom it may concern,

I am Nicholas James Dickerson's Aunt. I have known him his whole life. What he did was extremely wrong and out of character for this young man. He is and has always had a gentle soul. He has always put others before himself. Would and has always done anything he could for others and expected nothing in return. He knows his dream of being a paramedic is lost forever because of what he did. He knows he has to pay for his bad judgement, and is expecting to do so. (over)

EXHIBIT C

② I have no idea what caused him to snap and do what he did. He has never ever been in trouble before and it was a shock to us all. I would stake my life on the fact he would never do such a thing again. Giving this young man 15-30 years for a first offence would destroy him. He has done enough of that himself. Please take into consideration his past record as an firefighter, EMT, and all the good works he has done in the past.

Sincerly

Toxi Blanagel
Aunt