Neil his whole life was based on helping other people. He hung out at the fire house from time he was 12, at 15 he became a caddet spent all his time on fire dept. After being on fire dept. 2 to 3 years he turned his time on the medical part of the job. After all the schooling and on job training he reached his goal in EMT. He got married to a girl name Jess that nobody in family cared for. She proved us right. The whole time he was with her she had 5 boy friend told him to deal with it. So he moved out. 3 months later he

EXHIBIT

D

tabbies

took her back. And moved
to Branson. His mom and
I saw a change starting
to take place in him.
My son and I where always
best friend and I noticed
the same son that helped
my mom before she died.
and the son that helped
his mom and me through
my fight with cancer wasn't
there. We noticed he was
always without money and
between both jobs he was
working 100 hour a week.
We drove to his house
to talk to him and found
out he was living at the
fire house. His wife moved
2 men into his bedroom
in his bed and told him

to live with it. She told
him if he wanted to see
his kid he had to pay all
the bills, All food for her
and her boy friend, his
whole checks where going
them. They had driven him
to a place of depression
So when we tried to talk
to him. There was an
empty place there. His
state of mind wasn't
there. He still has night
tremors and hears
voices in his head.
What happened should
have never happened.
If my son was in his
right mind this would
have never happened.
Even the daughter said she

forgiven him why
can't everyone else.

Please get him the
mental help he
needs hes not a
bad person when his
head is in the right
place.

Please save
our son.

Rodney h Luke