

EXHIBIT E

To whom it concerns

    I am a older brother of Nick Dickerson and have known him to do lots of good things in life. While in High School and after, Dickerson worked as a volunteer fireman for the Northern Stone County Fire Department.

    Dickerson gave alot of his time to help others in need without ever knowing who they were. No matter what time of day or night, he was there at people worst time of their life. He would have a huge weakness when arriving to a scene with a hurt child. He cared alot for the ones that were too young or old to help themselves.

    During family functions or birthdays, Dickerson was all about the family. Everyone could tell he was happy around family. He would joke and laugh with family and friends on a daily basis.

    When Dickerson became a father of his first child, he had a wonderful attitude to life. He would do anything for his child to keep her safe. When around family with his child, everyone could see his love for her as they played games with the other kids

When it came to family or friends in need, anyone could call him and he would help anyone in need. Whether it came to helping with money or just giving his time in need.

As I went back to school to become a police officer, Dickerson was a huge supporter in my decision. He was there if i needed anything or if it was just to laugh for being tazed. Dickerson was full of joking and smiles.

When Dickerson talked about dating Jessica Boan, I tried talking him out of it. I explained to him how she tried to commit suicide when her last relationship did not work out. He only seen the good in people and did not judge them on the bad things they have done.

After getting married to Boan, they had another child. He was happy and a great father to two children. As time in his marriage, you could see how he began changing. You could see how he was not as happy as he used to be. It was known on how Boan

would stay with other guys or even have the guy over to their house. At one time, I did know that Boan and her boyfriend did live in the house along with Dickerson. As he does, after she split with the other guy; he took her back cause he doesn't judge on only the bad.

I don't know what happened completely in his marriage, but you could see him slowly distance himself with family. When he was asked what was going on, he would not bother people with his issues.

As the rest of the family, I do wonder what happened in this marriage to change my brother. Dickerson had never been in trouble with the law. Maybe a few seatbelt tickets or minor traffic offense. This is the first time he has been in trouble.

Dickerson has done alot of good in his life and one bad thing. I will not judge him as a bad person in life just for one thing. He would see it the same way with others.

As a brother or even as a Law Enforcement Officer, I do believe Dickerson needs help. Something has changed in his

life. He has made several statements of committing suicide since he has been in Greene County Jail.

As the good things Dickerson does in life, he still tries to do while in Greene County Jail. He noticed another inmate having a health issue. When notifying the Correctional Officer, he was advised the inmate does it all the time. As a EMT, he said it was "Bullshit" and taken and locked in the hole. Later finding out the inmate was rushed to the hospital with a heart attack.

Dickerson has made statements to family in visitations on how he is not eating much since they are served meals with roaches crawling on the trays. He makes several suicide statements and in due time, I do believe he will make attempts.

I honestly believe he knows he has done wrong. Dickerson needs help from people to figure out what has triggered this in his life. Throwing him in prison with no help will only drive him to suicide. Something mental has happened and he needs help finding out what it is.

I do hope other people see others the same way Dickerson does. Don't judge him on this one thing he has done bad. Judge him on his good things in life just as much as you do on the bad. I know Dickerson is not the only person in life to not only judge on someones bad decisions.

Please keep in mind the good with the bad and get him the help he needs. I do know one bad decision is not the end to someones life. He has family and friends who are willing to help change him back to how he was.

Thank you,
Charles Dickerson